No. 03–5843.  HELMS *v.* CONROY, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–5845.  TELLINGHUISEN *v.* ROEHRICH, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 03–5847.  ANDERSON *v.* RANEY, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–5848.  LYNN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5852.  SUGGS *v.* HUSKEY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–5856.  MUNOZ *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5860.  ANDERSON *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 03–5862.  HENRY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5869.  GRINKER *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 03–5870.  GILBERT *v.* YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–5871.  FISH *v.* RIVSTVEDT ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–5874.  CRAWFORD *v.* HEAD, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 03–5875.  COLEMAN *v.* SMITH, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–5876.  ECKELS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION (two judgments).  C. A. 5th Cir.  Certiorari denied.